**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SHOENER ENVIRONMENTAL, INC.,

   Plaintiff,

       v.

TIKO PATEL and TIHALI WIND TURBINES, LLC,

   Defendants.

CIVIL ACTION NO. 3:CV-14-1001

(JUDGE CAPUTO)

## ORDER

**NOW**, this 30th day of May, 2014, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order.  If Plaintiff fails to do so, the action will be dismissed.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge